UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Robert Kaiden

              Plaintiff(s)

v.

Elon Musk et al

              Defendant(s)

CASE No C 3:24-cv-03554-MMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
    The parties are working to identify a mutually agreeable mediator with availability

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: September 30, 2025

Date: June 13, 2025      /s/ Chaya M. Mandelbaum
                                 Attorney for Plaintiff

Date: June 13, 2025      /s/ Brian W. Sullivan
                                 Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

                                        U.S. DISTRICT/MAGISTRATE JUDGE

Attestation: Concurrence in the filing of this document has been obtained from the other signatory hereto.
/s/ Chaya M. Mandelbaum

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*