# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Kaiden<br><br>Plaintiff(s)<br><br>v.<br><br>Elon Musk et al<br><br>Defendant(s) | CASE No C 3:24-cv-03554-MMC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ■ **Private ADR** (*specify process and provider*)

  The parties are working to identify a mutually agreeable mediator with availability

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ■ other requested deadline: September 30, 2025

Date: June 13, 2025 /s/ Chaya M. Mandelbaum
Attorney for Plaintiff

Date: June 13, 2025 /s/ Brian W. Sullivan
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ ~~IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:~~

DATE: June 17, 2025

[signature]
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

Attestation: Concurrence in the filing of this document has been obtained from the other signatory hereto.
/s/ Chaya M. Mandelbaum

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*