1 | MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

MORGAN, LEWIS & BOCKIUS LLP
Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

RUDY, EXELROD, ZIEFF & LOWE LLP
Chaya M. Mandelbaum (Bar No. 239084)
cmm@rezlaw.com
Zoe DeGeer
zrd@rezlaw.com
351 California Street, Suite 700
San Francisco, CA 94104
Tel: +1.415.434.9800

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT KAIDEN, | Case No. 24-cv-03554-MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| ELON MUSK, ET AL., | |
| Defendants. | |

3:18-cv-00050-JD

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1    TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

2    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Kaiden

3    ("Plaintiff") and Defendants Elon Musk, X Corp., the Twitter, Inc. Change of Control and

4    Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura

5    (collectively "Defendants") by and through their counsel of record, hereby stipulate and agree to

6    dismiss Plaintiff's claims against Defendants and all claims in this action with prejudice. The

7    Parties further stipulation they will bear their own costs, expenses and attorneys' fees for this

8    action.

   Dated:  November 21, 2025                          MORGAN, LEWIS & BOCKIUS LLP
9

                                                      By  /s/ Christopher Boran
10                                                          Christopher Boran
                                                            Eric Meckley
11                                                          Jeremy Blumenfeld
                                                            Abbey Glenn
12                                                          Brian W. Sullivan
                                                            Dylan Rudolph
13

14                                                    Attorneys for Defendants
                                                      ELON MUSK; X CORP.; TWITTER, INC.
15                                                    CHANGE OF CONTROL AND
                                                      INVOLUNTARY TERMINATION
16                                                    PROTECTION POLICY; TWITTER, INC.
                                                      CHANGE OF CONTROL SEVERANCE
17                                                    AND INVOLUNTARY TERMINATION
                                                      PROTECTION POLICY; LINDSAY
18                                                    CHAPMAN; BRIAN BJELDE; AND
                                                      DHRUV BATURA
19

20

   Dated:  November 21, 2025                          RUDY, EXELROD, ZIEFF & LOWE LLP
21

22

                                                      By  /s/ Chaya M. Mandelbaum
23                                                          Chaya M. Mandelbaum
                                                            Zoe DeGeer
24
                                                      Attorneys for Plaintiff
25                                                    ROBERT KAIDEN

26

27

28                                          1                        No. 24-cv-03554-MMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

**ATTESTATION**

2    Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3    filing of this document has been obtained from the other signatory.  I declare under penalty of

4    perjury under the laws of the United States of America that the foregoing is true and correct.

5    Executed on November 21, 2025, at San Francisco, California.

6

7                                         */s/ Chaya M. Mandelbaum*
                                           Chaya M. Mandelbaum
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 24-cv-03554-MMC

STIPULATION OF DISMISSAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA